FILED
CLERK, U.S. DISTRICT COURT
September 24, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PETER HILLARY, an individual; GEORGE HILLARY, an individual; and ALEXANDER HILLARY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BRON EVEREST PRODUCTIONS INC., a Canadian corporation; BRON STUDIOS INC., a Canadian corporation; BRON STUDIOS USA INC., a Nevada corporation; and IMAX CORPORATION, a Canadian corporation,<br><br>Defendants. | Case No.: 2:20-cv-07739-SB-PD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

### **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees incurred as part of or as a result of this litigation.

DATED: September 24, 2021

THE HONORABLE STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

ORDER